# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| STEVEN E. FORTNEY, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.: 08-cv-646-slc |
| v. | |
| TIMOTHY REICHENBERGER and DAVID DONOVAN, | |
| Respondents. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.


JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____                 _____11/18/08_____
**by Deputy Clerk**                                                                                          Date